## VANDERWOOD *v.* THE STATE.

LIQUOR LAW.—*Act of* 1873.—*Indictment.*—In an indictment under the first section of the liquor law of 1873 (Acts 1873, p. 151), it was necessary to allege that the liquor was sold "to be drunk" in, upon, or about the building or premises, etc.

From the Marion Criminal Circuit Court.

*W. P. Adkinson* and *J. M. Johnston,* for appellant.

*C. A. Buskirk,* Attorney General, and *J. M. Cropsey,* Prosecuting Attorney, for the State.

From the Marion Criminal Circuit Court.

*W. P. Adkinson* and *J. M. Johnston,* for appellant.

*C. A. Buskirk,* Attorney General, and *J. M. Cropsey,* Prosecuting Attorney, for the State.

DOWNEY, J.—The indictment in this case does not allege that the liquor was sold, etc., to be drunk in the building, etc., where the same was sold. According to *Vanderwood* v. *The State, ante,* p. 295, it is fatally defective on this account.

The judgment is reversed, and the cause remanded, with instructions to quash the indictment.